IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY | : | CIVIL ACTION |
| | : | |
| | : | No. 16-759 |
| v. | : | |
| | : | |
| SELECTIVE INSURANCE COMPANY OF AMERICA | : | |

# ORDER

AND NOW, this 27th day of September, 2018, upon consideration of Defendant Selective Insurance Company of America's Motion for Summary Judgment, Plaintiff Liberty Mutual Insurance Company's Motion for Summary Judgment, the responses thereto, the parties' presentations at the June 9, 2017, oral argument on the motions, and for the reasons set forth in the accompanying Memorandum, it is ORDERED:

1. Selective's Motion (Document 26) is GRANTED. Judgment is entered in favor of Defendant as to all claims in Liberty Mutual's Complaint.

2. Liberty Mutual's Motion (Document 28) is DENIED.

3. Selective's Motion for Joinder (Document 23) is DISMISSED as MOOT.

The Clerk of Court is directed to mark this case CLOSED.

BY THE COURT:


/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.